UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL MORGAN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) No. 1:11-CV-37 (CEJ) |
| MIDWEST NEUROSURGEONS, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice, in accordance with the parties' stipulation of dismissal filed on July 19, 2012 [Doc. #63] and pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2012.